**DATE 4/14/2015**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/14/2015 10:38:43 AM
CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

**TO:** 1ST COURT OF APPEALS

**From:** **Deputy Clerk: MICHELLE LOPEZ**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:** 2012-75635

**VOLUME** _____ **PAGE** _____ **OR** **IMAGE #** 64577150

**DUE** 5/9/2015 **ATTORNEY** 15291800

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:** 3/10/2015

**MOTION FOR NEW TRIAL DATE FILED** N/A

**REQUEST TRANSCRIPT DATE FILED** N/A

**NOTICE OF APPEAL DATE FILED** 4/9/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 60

**FILE ORDERED: YES** ☐ **NO** ☒ **IMAGED FILED: YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** BC, C, OA

CHRIS DANIEL
Harris County, District Clerk

By: /s/MICHELLE LOPEZ
**MICHELLE LOPEZ, Deputy**

| | |
|---|---|
| BC | NOTICE OF APPEAL FILED |
| BG | NOTICE OF APPEAL FILED – GOVERNMENT |
| C | JUDGMENT BEING APPEALED |
| D - | ACCELERATED APPEAL |
| OA | NO CLERK'S RECORD REQUEST FILED |
| O | CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL) |
| NA | AMENDED NOTICE OF APPEAL |

4/9/2015 3:29:09 PM
Chris Daniel - District Clerk Harris County
Envelope No. 4830813
By: Michelle Wojcik
Filed: 4/9/2015 3:29:09 PM

## CAUSE NO. 2012-75635

| | | |
|---|---|---|
| CENTERPOINT ENERGY HOUSTON ELECTRIC LLC<br>　　Plaintiff, | §<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| vs. | §<br>§ | HARRIS COUNTY, TEXAS |
| 5433 WESTHEIMER, LP; 5433 WESTHEIMER, {GP} LLC and SONGY 5433 WESTHEIMER {GP} LLC<br>Defendant(s). | §<br>§<br>§<br>§<br>§ | 269th JUDICIAL DISTRICT |

## NOTICE OF APPEAL

In and from Cause No. 2012-75635 and pursuant to Tex Rules of App Proc 25.1, Plaintiff, CenterPoint Energy Houston Electric, LLC hereby appeals to the Texas Civil Court of Appeal the Final Judgment entered March 10, 2015 by the Honorable Dan Hinde.

The court ordered that Plaintiff, CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC take nothing from Defendants, 5433 WESTHEIMER, LP; 5433 WESTHEIMER, {GP} LLC and SONGY 5433 WESTHEIMER {GP} LLC. Plaintiff's appeal arises from the aforementioned Final Judgment.

1

Plaintiff appeals to either the 1st or the 14th Court of Appeals.

Respectfully submitted,

OPPEL & GOLDBERG, P.L.L.C.

By: _____
     Jeffrey Wells Oppel
     TSBN 15291800
     1010 Lamar, Suite 1420
Houston, TX 77002
713-659-9200
713-659-9300 (Fax)
joppel@ogs-law.com

ATTORNEYS FOR PLAINTIFF(S),
CENTERPOINT ENERGY HOUSTON
ELECTRIC, LLC

2

## CERTIFICATE OF SERVICE

I hereby certify that in compliance with Texas Rules of Civil Procedure, a copy of the foregoing instrument was properly served on this the 9th day of April, 2015 on the following parties in interest:

*Via Electronic Filing*
Stan Stanart
Harris County District Clerk
P.O. Box 4651
Houston, Texas 77210

*Via Electronic Filing*
Christopher A. Prine
Clerk, First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

*Via Electronic Filing*
Christopher A. Prine
Clerk, Fourteenth Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

*Via Electronic Filing*
Lansford O. Ireson, Jr.
IRESON & WEIZEL, PLLC
9720 Cypresswood Dr., Suite 238
Houston, Texas 77070
Lireson@iwlegal.com


Jeffrey Wells Oppel

2/23/2015 10:04:43 AM
Chris Daniel - District Clerk Harris County
Envelope No. 4243147
By: GAYLE FULLER
Filed: 2/23/2015 10:04:43 AM

Pgs-3

8A

CAUSE NO. 2012-75635

| | | |
|---|---|---|
| CENTERPOINT ENERGY HOUSTON ELECTRIC LLC, Plaintiff, | § § § § | IN THE DISTRICT COURT |
| VS. | § § § | OF HARRIS COUNTY, TEXAS |
| 5433 WESTHEIMER, LP, AMREIT 5433 WESTHEIMER GP, LLC, and SONGY 5433 WESTHEIMER GP, LLC Defendants. | § § § § § | 269th JUDICIAL DISTRICT |

## FINAL JUDGMENT

On the 16th day of February, 2015, this case was called for trial. Plaintiff, CENTERPOINT ENERGY HOUSTON ELECTRIC LLC and Defendants, 5433 WESTHEIMER, LP, AMREIT 5433WESTHEIMER GP, LLC, and SONGY 5433 WESTHEIMER GP, LLC appeared through their respective attorneys and announced ready for trial.

The Court then heard the evidence and arguments of counsel. Following trial, the Court entered findings of fact and conclusions of law.

Accordingly, the Court orders that Plaintiff, CENTERPOINT ENERGY HOUSTON ELECTRIC LLC take nothing from Defendants, 5433 WESTHEIMER, LP, AMREIT 5433WESTHEIMER GP, LLC, and SONGY 5433 WESTHEIMER GP, LLC. The Court further orders that court costs are adjudged against Plaintiff.

This judgment finally disposes of all claims and all parties, and is appealable. The Court denies all relief not granted in this judgment.

1

SIGNED this _____ day of _____, 2015.


Signed: ⟨signature⟩
3/10/2015
JUDGE PRESIDING

2

**APPROVED AS TO FORM AND SUBSTANCE:**

IRESON & WEIZEL, PLLC

/s/ *Lansford O. Ireson, Jr.*
Lansford O. Ireson, Jr., *Attorney In Charge*
Texas Bar No. 10412400
lireson@iwlegal.com
9720 Cypresswood Drive, Suite 238
Houston, Texas 77070
Telephone No. (713) 228-1160
Facsimile No. (713) 228-1161

ATTORNEY FOR DEFENDANTS

```
JUC8H (NR4#)     JUSTICE INFORMATION MANAGEMENT SYSTEM     APR 14, 2015(C1)
INT6510                 CIVIL CASE INTAKE              OPT: _____ - INT
                     GENERAL PARTY INQUIRY            PAGE:   1 -    2

CASE NUM: 201275635__ PJN> __ TRANS NUM: _____ CURRENT COURT: 269 PUB? _
CASE TYPE: DAMAGES (ON PREMISES)        CASE STATUS: CASE ON APPEAL
STYLE: CENTERPOINT ENERGY HOUSTON ELECTR VS AMREIT INC (F/K/A REITPLUS INC)
============================================================================
                    **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME            PTY   ASSOC. ATTY
  NUM    NUMBER                                         STAT
 _     00011-0001 AGT        SONGY 5433 WESTHEIMER GP LLA M
 _     00010-0001 AGT        5433 WESTHEIMER LLC MAY BE SER
 _     00009-0001 DEF 10412400 SONGY 5433 WESTHEIMER GP LLC      IRESON, LANSF
 _     00009-0001 PAD 13274500 MAYER, JOHN
 _     00008-0001 DEF 10412400 5433 WESTHEIMER LLC (TEXAS LIM    IRESON, LANSF
 _     00008-0001 PAD 13274500 MAYER, JOHN
 _     00007-0001 AGT        AMREIT WESTHEIMER GESSNER LP (  D
 _     00006-0001 AGT        AMREIT WESTHEIMER GESSNER LP (   D

==> (13) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

CASE NUM: 201275635__  PJN> __  TRANS NUM: _____ CURRENT COURT: 269 PUB? _
CASE TYPE: DAMAGES (ON PREMISES)          CASE STATUS: CASE ON APPEAL
STYLE: CENTERPOINT ENERGY HOUSTON ELECTR VS AMREIT INC (F/K/A REITPLUS INC)
==============================================================================
                    **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME            PTY   ASSOC. ATTY
  NUM    NUMBER                                        STAT
_     00005-0001 AGT          AMREIT INC (F/K/A REITPLUS INC  D
_     00004-0001 DEF 13274500 AMREIT WESTHEIMER GESSNER LP (  D  MAYER, JOHN
_     00003-0001 DEF 13274500 AMREIT WESTHEIMER GESSNER LP    D  MAYER, JOHN
_     00002-0001 DEF 13274500 AMREIT INC (F/K/A REITPLUS INC  D  MAYER, JOHN
_     00001-0001 PLT 15291800 CENTERPOINT ENERGY HOUSTON ELE     OPPEL, JEFFRE


==> (13) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP